ROBERT H. PURVIS and Another v. JOHN ROHOLT.[1]

July 28, 1905.

Nos. 14,397—(132).

**Appeal—Return.**

> Where judgment has been ordered by the trial court upon the pleadings, it must appear by the return on appeal, either by the certificate of the judge or of the clerk of the district court, that all the records and files are returned to entitle a review here.

**Case Followed.**

> Hospes v. Northwestern Mnfg. & Car Co., 41 Minn. 256, followed.

Appeal by defendant from a judgment of the district court for Polk county entered pursuant to the order of Watts, J. Affirmed.

H. Steenerson and Charles Loring, for appellant.

Ole J. Vaule and Wm. P. Murphy, for respondents.

LOVELY, J.

This is an appeal from a judgment on the face of which it appears that the same was ordered upon the pleadings by the trial court. Whether it was justified by a construction of the pleadings contained in the paper book, or based upon stipulations and agreements entered during the trial, which is probable, is not apparent from the return. The appellant has caused no bill of exceptions or settled case to be made, and no proceedings subsequent to the reply are before us in the return; neither does it appear from the certificate of the trial judge that the record contains all that was offered or considered on the motion for judgment, nor does the certificate of the clerk of the district court show that the return contains all the records and files in the case; hence the presumption in favor of the judgment must prevail, and it is affirmed. Hospes v. Northwestern Mnfg. & Car Co., 41 Minn. 256, 43 N. W. 180.

Judgment affirmed.

[1] Reported in 104 N. W. 551.